```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 12285
   JESSIE LAVONNE WILLIAMS
                                              CHAPTER 13

                                              JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1351

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/29/2004 and was confirmed 06/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/27/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP    SECURED           9400.00        6032.97       9400.00
CREDIT ACCEPTANCE CORP    UNSECURED         1462.10            .00        146.21
FIRST CONSUMER ACCTS REC  UNSECURED         1463.81            .00        146.38
FIRST CONSUMER ACCTS REC  NOTICE ONLY      NOT FILED          .00            .00
FIRST NATIONAL BANK OF M  UNSECURED        NOT FILED          .00            .00
HOUSEHOLD BANK            UNSECURED        NOT FILED          .00            .00
MARQUETTE CONSUMER FINAN  UNSECURED         8369.17            .00        836.92
MARQUETTE CONSUMER FINAN  NOTICE ONLY      NOT FILED          .00            .00
ORCHARD BANK              UNSECURED        NOT FILED          .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                        1,162.64
DEBTOR REFUND             REFUND                                           223.92

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             20,649.04

PRIORITY                                            .00
SECURED                                        9,400.00
     INTEREST                                  6,032.97
UNSECURED                                      1,129.51
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           1,162.64
DEBTOR REFUND                                    223.92
                    ---------------       ---------------
TOTALS              20,649.04                 20,649.04




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 12285 JESSIE LAVONNE WILLIAMS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 12285 JESSIE LAVONNE WILLIAMS